IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REC'D APR 25 2024

Chestnut
vs.
ACP/467 et al

CIVIL/CRIMINAL ACTION NO.

24 CV 1674

MOTION: Motion to correct #1 and docket IFP Application

Motion to Have Petitioner full Application for IFP docketed in #1 docket entry, Removing incorrect document as #1 from docket, causing Petitioner rights to be infringed up.

1) Petitioner respectfully motion that all filings be docketed including Petitioner's IFP full completed Application that was delivered to this court on 4/19/24 in sealed envelope

2) Petitioner respectfully motion that the clerks find the full IFP Application and all document submitted, Pro Se clerk admit to seeing IFP Application on 4/19/24 in about cut stuff it was not listed as ACP/467 on docket of release

3) Petitioner motion that she receive copies of entire case filed and scanned.

PRINTED NAME: [signature]
ADDRESS:
SIGNATURE:
DATE: 4/26/24

03/2019

o. D.O.J, etc etc.