# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TARA CHESTNUT,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-1674** |
| : | |
| **ACP/467,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 26th day of April, 2024, upon consideration of Defendant ACP/467's Motions (ECF No. 8, 9, 11, 12), it is **ORDERED** that:

1. The Motions to Correct and "Request" (ECF No. 8, 9, 11) are **DENIED AS MOOT** because the Clerk's Office has already corrected the underlying docketing issue of which ACP/467 complains by docketing her previously-filed *in forma pauperis* motion as ECF No. 12. To the extent the Motions seek other relief, they are **DENIED.**

2. The Motion to Proceed *In Forma Pauperis* (ECF No. 12) is **DENIED AS MOOT** because this case has been remanded for lack of subject matter jurisdiction.

                                    **BY THE COURT:**

                                    **/s/ Juan R. Sánchez**
                                    **JUAN R. SÁNCHEZ, J.**