IN THE UNITED STATES ~~DISTRICT COURT~~ 3rd Circuit Ct
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Tara Chestnut

vs.

ACP/467 et al.

CIVIL/CRIMINAL ACTION NO.

24CV1674

24-1790 (3rd Circuit Ct of Appeals)

**MOTION**

Motion to Communicate with:
Court of Clerk due to administrative errors and basically denial of service.

1) Appellant respectfully motion that the 3rd district Court of Appeals Clerks et al. correctly docket all of appellant cases (opened and closed) and to allow appellant the right to equal and fair process access and written notices order in person due to identity theft an safety reasons.

See attached administrative error(s)

2) Appellant motion to have Court of Clerk of 3rd circuit ct or deputy get involved to ensure appellant rights are being preserved

PRINTED NAME: OVA/467
ADDRESS: Chachachapezzawa @gmail.com

SIGNATURE: A
DATE: 5/8/24

03/2019

Exhibit M,

## General Docket
## Third Circuit Court of Appeals

**Court of Appeals Docket #:** 24-1480        **Docketed:** 03/15/2024
**Nature of Suit:** 3440 Other Civil Rights
Charmaine Prater v. Tara Chestnut, et al
**Appeal From:** United States District Court for the Eastern District of Pennsylvania
**Fee Status:** IFP

**Case Type Information:**
  1) civil
  2) private
  3) civil rights

**Originating Court Information:**
  **District:** 0313-2 : 2-24-cv-00784
  **Trial Judge:** Juan R. Sanchez, District Judge
  **Date Filed:** 02/21/2024
| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: |
| --- | --- | --- |
| 02/26/2024 | 02/26/2024 | 03/13/2024 |

**Current Cases:**
  None

---

CHARMAINE PRATER
      Plaintiff - Appellant

Charmaine Prater
Direct: 215-494-6439
Email: chachachapettaway@gmail.com
[NTC Pro Se]
P.O. Box 26366
500 Delaware Avenue
Wilmington, DE 19899

v.

TARA CHESTNUT
      Defendant

ROXANE CRAWLEY, ESQUIRE
      Defendant

COMMUNITY LEGAL SERVICES, Entities Where
Atty Claim to Be Legal Council
      Defendant

PHILADELPHIA LEGAL ASSISTANCE
      Defendant

CHARMAINE PRATER,
      Appellant

| | | |
|---|---|---|
| v. | | |
| TARA CHESTNUT; ROXANE CRAWLEY, ESQUIRE; PHILA LEGAL ASSISTANCE; COMMUNITY LEGAL SERVICES, Entities Where Atty Claim to Be Legal Council | | |

| | | |
|---|---|---|
| 03/15/2024 | 1 | CIVIL CASE DOCKETED. Notice filed by Appellant Charmaine Prater in District Court No. 2-24-cv-00784.--[Edited 04/19/2024 by CJG] (CJG) [Entered: 03/15/2024 11:24 AM] |
| 03/15/2024 | 2 | RECORD available on District Court CM/ECF. (CJG) [Entered: 03/15/2024 11:26 AM] |
| 03/15/2024 | 3 | ORDER (Clerk) The district-court docket and possibly the entire record of that court's proceedings are sealed. That does not, however, mean that filings in this Court will automatically be sealed. Most documents filed in this Court are publicly accessible by default. If the parties believe their briefs, the appendix, or other documents must be filed under seal, any sealed filings must be accompanied by a motion to seal. In accordance with Third Circuit Local Appellate Rule 106.1(c)(2), the appellant's notice of appeal and the order on appeal were filed on this Court's docket under seal. They will remain under seal for 30 days from this order to give the parties an opportunity to file a motion asking this Court to seal those documents. If such a motion is filed, they will remain sealed until further order of this Court. Otherwise, they will be unsealed by the Clerk without further notice. In accordance with the Court's November 4, 2008, Notice to the Bar, the parties are advised that dockets in the court of appeals are not sealed, as the text of the docket contains procedural information only. Although the appellant litigated under a pseudonym during the district-court proceedings, it does not appear she ever requested or was granted permission to conceal her name. If the appellant wishes to continue using a pseudonym on appeal, she must file in this Court a motion requesting such relief within 30 days of this order. If no such motion is timely filed, the caption for this appeal may be amended without further notice to include the appellant's full name. While the appellant is proceeding pseudonymously, the parties' filings and CM/ECF docket entries should not identify the appellant by name. If the parties need to file documents containing the appellant's name or other personally identifiable information, they should consider seeking the Court's permission to file those documents under seal. [-See Order for Full Text.] (CJG) [Entered: 03/15/2024 11:29 AM] |
| 03/15/2024 | 4 | **NOTICE** Pursuant to 3d Cir. L.A.R. 26.1, a document is timely filed if received by **5:00 p.m. ET** on the last day for filing unless the Court sets a different time, the document has been submitted by an inmate pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), or otherwise specified in L.A.R. 26.1 (CJG) [Entered: 03/15/2024 11:30 AM] |
| 03/25/2024 | 6 | MOTION filed by Appellant Charmaine Prater to Proceed In Forma Pauperis.--[Edited 04/19/2024 by CJG] (CJG) [Entered: 03/27/2024 04:42 PM] |
| 03/27/2024 | 5 | LEGAL DIVISION LETTER SENT advising that the case has been listed for possible dismissal due to jurisdictional defect. (JW) [Entered: 03/27/2024 01:02 PM] |
| 04/02/2024 | 7 | ORDER (Clerk) granting motion to proceed in forma pauperis filed by Appellant OVA 467. The appeal will be submitted to a panel for determination under 28 U.S.C. Section 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6. Appellant may submit argument, which should not exceed 5 pages, in support of the appeal. The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order. (CJG) [Entered: 04/02/2024 02:04 PM] |

*Exhibit M2*

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:24-cv-00784-JS *SEALED*
### Internal Use Only

OVA #467 v. CHESTNUT et al
Assigned to: DISTRICT JUDGE JUAN R. SANCHEZ
related Case: 2:06-cv-01157-JS
Case in other court: UNITED STATES COURT OF APEALS, 24-01480
Cause: 42:1983 Civil Rights Act

Date Filed: 02/21/2024
Date Terminated: 03/14/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**OVA/467**    represented by    **OVA/467**
#467
P.O. BOX 26366
WILMINGTON, DE 19899
PRO SE

V.

## Defendant
**TARA CHESTNUT**

## Defendant
**ROXANE CRAWLEY**
*ESQUIRE*

## Defendant
**PHILA LEGAL ASSISTANCE**

## Defendant
**COMMUNITY LEGAL SERVICE**
*ENTITIES WHERE ATTY CLAIM TO BE LEGAL COUNCIL*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2024 | 🔒 1 | MOTION for Leave to Proceed in forma pauperis filed by OVA.(lisad, ) (Entered: 02/23/2024) |
| 02/21/2024 | 2 | COMPLAINT against TARA CHESTNUT, COMMUNITY LEGAL SERVICE, ROXANE CRAWLEY, PHILA LEGAL ASSISTANCE, filed by OVA. (Attachments: # 1 Exhibit)(lisad, ) (Entered: 02/23/2024) |
| 02/23/2024 | 3 | PRO SE NOTICE RE:GUIDELINES. NOT MAILED TO PLAINTIFF.(lisad, ) (Entered: 02/23/2024) |

| Date | Doc # | Description |
|---|---|---|
| 02/23/2024 | 🔒 | (Court only) ***Set/Clear Flags Set Flag PSO, PSLC-MS (mps) (Entered: 02/23/2024) |
| 02/26/2024 | | Copy of Pro Se Guidlines (Doc. # 3) and Pro Se E-Notice Consent form mailed to plaintiff. (fb) (Entered: 02/26/2024) |
| 02/26/2024 | 4 | ORDER THAT UPON CONSIDERATION OF PLAINTIFF OVAS NOTICE OF REMOVAL, WHICH WAS DOCKETED AS A COMPLAINT IN THIS CASE (ECF NO. 2), BUT WHICH IN FACT SEEKS TO REMOVE TO THIS COURT OVA 467 V. CHESTNUT, SC-23-04-27-4962 (PHILA. MUN. CT.), IT IS ORDERED THAT THIS CASE IS REMANDED TO THE PHILADELPHIA MUNICIPAL COURT PURSUANT TO 28 U.S.C. § 1447(C) BECAUSE THIS COURT LACKS SUBJECT MATTER JURISDICTION. THE MOTION TO PROCEED IN FORMA PAUPERIS 1 IS DENIED AS MOOT. THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE. SIGNED BY CHIEF JUDGE JUAN R. SANCHEZ ON 2/26/24. 2/26/24 ENTERED AND COPIES NOT MAILED TO PRO SE.(bw) (Entered: 02/26/2024) |
| 02/26/2024 | 🔒 | (Court only) ***Civil Case Terminated. (bw) (Entered: 02/26/2024) |
| 02/26/2024 | | CASE HAS BEEN REMANDED TO THE PHILADELPHIA MUNICIPAL COURT. (bw) (Entered: 02/26/2024) |
| 02/27/2024 | | PAPER #4 MAILED TO PRO SE (JL) (Entered: 02/27/2024) |
| 03/13/2024 | 5 | MOTION to Reinstate Matter and Request for Answer filed by OVA.(lisad, ) (Entered: 03/13/2024) |
| 03/13/2024 | 6 | NOTICE OF APPEAL as to 4 Order Dismissing Case,, by OVA. Copies to Judge, Clerk USCA. Filing fee not paid. (lisad, ) (Entered: 03/13/2024) |
| 03/13/2024 | 7 | MOTION for Reconsideration of Denial of IFP filed by OVA.(lisad, ) (Entered: 03/13/2024) |
| 03/14/2024 | 🔒 | (Court only) ***Case Reopened (bw) (Entered: 03/14/2024) |
| 03/14/2024 | 8 | ORDER THAT UPON CONSIDERATION OF PLAINTIFFS MOTIONS (ECF NOS. 5 & 7), WHICH SEEK RECONSIDERATION OF THE COURTS ORDER REMANDING THIS CASE FOR LACK OF SUBJECT MATTER JURISDICTION AND REINSTATEMENT OF THIS CASE SO PLAINTIFF MAY FILE AN AMENDED COMPLAINT, IT IS ORDERED THAT THAT MOTIONS ARE DENIED BECAUSE PLAINTIFF HAS NOT ESTABLISHED ANY ERROR IN THE COURTS PRIOR ORDER NOR PROVIDED ANY APPROPRIATE LEGAL BASIS FOR PERMITTING HER TO AMEND. SIGNED BY DISTRICT JUDGE JUAN R. SANCHEZ ON 3/14/24.3/14/24 ENTERED AND COPIES MAILED TO PRO SE.(bw) (Entered: 03/14/2024) |
| 03/14/2024 | 🔒 | (Court only) ***Civil Case Terminated. (bw) (Entered: 03/14/2024) |
| 03/15/2024 | 9 | NOTICE of Docketing Record on Appeal from USCA re 6 Notice of Appeal. USCA Case Number 24-1480 (bw) (Entered: 03/15/2024) |
| 04/25/2024 | 10 | Motion to Gain Access to Entire filed by OVA.(lisad, ) (Entered: 04/26/2024) |
| 05/02/2024 | 11 | ORDER THAT THE 10 MOTION FOR ORDER IS GRANTED. THE CLERK OF COURT IS DIRECTED TO UNSEAL THIS CASE FOR THE LIMITED PURPOSE OF PROVIDING OVA WITH A COPY OF THE DOCKET AND ALL OF THE DOCUMENTS IN THIS CASE, AND IS THEN DIRECTED TO RESEAL THE |

| | | DOCKET. SIGNED BY DISTRICT JUDGE JUAN R. SANCHEZ ON 5/1/24.5/1/24 ENTERED AND COPIES MAILED TO PRO SE ALONG WITH DOCKET AND COPIES OF ALL DOCKET ENTRIES.(lisad, ) (Entered: 05/02/2024) |