# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TARA CHESTNUT,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-1674** |
| | : | |
| **ACP/467,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 9th day of May, 2024, upon consideration of Defendant ACP/467's Motions (ECF No. 16 & 17), it is **ORDERED** that:

1. The Motion to Reseal Case is **DENIED.**

2. The Motion to Communicate with Court of Clerk is **DENIED**. If Defendant has concerns about how her case is being processed in the United States Court of Appeals for the Third Circuit, she must address her concerns to that Court. This Court has no authority over the management of Defendant's appeal.

        **BY THE COURT:**

        **/s/ Juan R. Sánchez**
        **JUAN R. SÁNCHEZ, J.**