# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1790

Tara Chestnut v. ACP/467, et al

(U.S. District Court No.: 2-24-cv-01674)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate. In light of this dismissal, no further action will be taken on the appellant's pending motion.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    August 07, 2024
LMR/cc:   Mr. George V. Wylesol,

**A True Copy:**

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate